835 A.2d 321

IN THE MATTER OF THE NEW JERSEY INDIVIDUAL
HEALTH COVERAGE PROGRAM'S READOPTION
OF N.J.A.C. 11:20–1, ET SEQ.

October 21, 2003.

IT IS ORDERED that on its own motion the Court has reconsidered its disposition of C–432–02, 175 *N.J.* 170, 814 *A.*2d 635 and has determined that the cross-petition for certification should have been granted; and it is further

ORDERED that the Order denying C–432–02 is vacated, and the cross-petition for certification of Cigna Health Care of New Jersey is granted.